## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY ODOM (AIS# 278996),** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIV. ACTION 14-133-CG-B** |
| | : | |
| **KARLA JONES,** | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that Odom's Motion to Vacate, Set Aside, Or Correct Sentence under § 2254 (Doc. 1) be **DENIED** and that Odom is not entitled to the issuance of a Certificate of Appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 17th day of February, 2017.


/s/   Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE