IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY ODOM (AIS# 278996),** : <br>    Plaintiff, : <br> : <br> vs. : <br> : <br> **KARLA JONES,** : <br>    Defendant. : <br> : | CIV. ACTION 14-133-CG-B |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Odom's Motion to Vacate, Set Aside Or Correct Sentence under § 2254 (Doc. 1) be DENIED and that Odom is not entitled to the issuance of a Certificate of Appealability or to proceed *in forma paurperis* on appeal.

**DONE** this 17th day of February, 2017.

/s/   Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE